IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00461-2D(3)

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | ORDER |
| SHARIF TAJUAN HEYWARD | : | |

This matter having come before the Court on the motion of the defendant, without objection by the United States, to move the arraignment from the term of court commencing December 14, 2020 to an earlier date, for good cause shown, the motion is allowed.

WHEREFORE, it is ordered that the arraignment in this matter is moved to November **9**, 2020.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This **29** day of October 2020.

_Dever_
JAMES C. DEVER III
United States District Judge
